## McGreevy, Appellant, *v.* Pennsylvania Railroad Company.

Argued March 29, 1935. Before FRAZER, C. J., SIMPSON, KEPHART, MAXEY, DREW and LINN, JJ.

*John Duggan, Jr.,* with him *Austin Staley,* for appellant.

*Samuel W. Pringle,* of *Dalzell, McFall & Pringle,* for appellee.

PER CURIAM, April 22, 1935:

An examination of the record in this case fails to disclose negligence on the part of defendant company. The judgment of the lower court refusing to take off the nonsuit granted at the trial was not error.

Judgment affirmed at plaintiff's costs.